**DISMISS and Opinion Filed November 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00820-CV

**ROBERT K. DOWD, Appellant**

**V.**

**SHIRE PHARMACEUTICALS, LLC, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-11027**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Brown
Opinion by Justice FitzGerald

Before the Court is appellant's motion to dismiss. Appellant has informed the Court that the parties have settled their differences. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

140820F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ROBERT K. DOWD, Appellant

No. 05-14-00820-CV          V.

SHIRE PHARMACEUTICALS, LLC,
Appellee

On Appeal from the 134th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-11-11027.
Opinion delivered by Justice FitzGerald.
Justices Lang and Brown, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered November 14, 2014.